IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD MCCARTNEY,

    Plaintiff,

vs.                                          CASE NO. 5:09cv390/RS-MD

EDGEWATER BEACH RESORT
MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

The trial of this case, previously scheduled for October 4, 2010, is continued and is **rescheduled for Monday, October 18, 2010, at 8:30 a.m.**

**ORDERED** on June 21, 2010.

                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**