**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RICHARD MCCARTNEY,**

    **Plaintiff,**

**vs.**                                     **CASE NO. 5:09-cv-390/RS-MD**

**EDGEWATER BEACH RESORT
MANAGEMENT, INC.,**

    **Defendant.**

_____/

## **ORDER**

The relief requested in Plaintiff's Consent Motion For Enlargement of Time to Complete Mediation (Doc. 36) is **Granted.** All other deadlines in the Scheduling Order remain unchanged.

**ORDERED** on August 31, 2010

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK
                                                      UNITED STATES DISTRICT JUDGE**